UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND, *et al.*,

    *Plaintiffs*,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    *Defendants*.

Civil Action No. 20-762 (LLA)

# ORDER

In advance of the May 1, 2024 hearing, the court sets out the following schedule for oral argument. While the court reserves the right to question the parties beyond their allotted time, it asks that the parties prepare their respective presentations with this schedule in mind.

- Motion for Judgment on the Pleadings: 50 minutes total
    - Defendants: 25 minutes (less any time reserved for rebuttal)
    - Plaintiffs: 25 minutes
- Motion to Compel the Administrative Record: 20 minutes total
    - Plaintiffs: 10 minutes (less any time reserved for rebuttal)
    - Defendants: 10 minutes

The court also requests that the parties be prepared to discuss the following at the hearing:

(1) Whether there have been any new developments in the case since the parties' last filings that impact the court's resolution of Plaintiffs' Motion to Compel the Administrative Record, ECF No. 45, and Defendants' Motion for Judgment on the Pleadings, ECF No. 48;

(2) Whether there is any case law, beyond *Judicial Watch, Inc. v. National Energy Policy Development Group*, 219 F. Supp. 2d 20 (D.D.C. 2002), whether in this Circuit or elsewhere, evaluating whether an analogous statutory scheme confers a freestanding right to information; and

(3) How *Hispanic Affairs Project v. Acosta*, 901 F.3d 378 (D.C. Cir. 2018), bears on Plaintiffs' APA pattern-or-practice claims.

**SO ORDERED**.

/s/ Loren L. AliKhan  
LOREN L. ALIKHAN  
United States District Judge

Date: April 24, 2024