IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL REGAN, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*,<br>*Defendants*. | Civil Action No. 1:20-cv-762 (LLA) |

**NOTICE**

Plaintiffs seek to notify the court as to two matters referenced at the hearing held on May 1, 2024:

1. The Court asked whether it could deny Defendant's ("EPA") Cross-Motion for Judgment on the Pleadings without first ordering production of the administrative record. Plaintiffs agree that, even without the administrative record, the Court can deny any and all arguments raised in EPA's Cross-Motion without any prejudice to EPA, because EPA's arguments—by their own terms—do not rely on any part of the administrative record.

2. At oral argument, Plaintiffs' counsel referenced a case in which a petitioner is challenging a TSCA order authorizing manufacture of a new chemical by Chevron and in which EPA produced to the petitioner the full administrative record of the challenged action—including information Chevron claimed confidential under TSCA, 15 U.S.C. § 2613—in unredacted form subject to a court-entered protective order. Plaintiffs' counsel did not provide a citation to the case, which is *Cherokee Concerned Citizens v. EPA*, No. 23-1096 (D.C. Cir. filed Apr. 7, 2023).

The certified index to the administrative record identifies all record documents that EPA produced to the petitioner, including information that Chevron claimed was confidential under

TSCA § 2613. Certified R., *Cherokee Concerned Citizens v. EPA*, No. 23-1096 (D.C. Cir. Sept. 5, 2023), Doc. No. 2015257; *see also* Protective Order Governing Protected Information, *Cherokee Concerned Citizens v. EPA*, No. 23-1096 (D.C. Cir. Aug. 22, 2023), Doc. No. 2013651.

Further, in committing to produce "a complete copy of the Administrative Record to [p]etitioner," EPA represented to the court that it only needed to "notify" Chevron of the production of the record. J. Mot. to Extend Deadlines and Set Dispositive Mot. Br. Schedule at 2, *Cherokee Concerned Citizens v. EPA*, No. 23-1096 (D.C. Cir. May 19, 2023), Doc. No. 2000068.

Respectfully submitted this 2nd day of May, 2024,

COUNSEL FOR PLAINTIFFS:

/s/ Tosh Sagar
TOSH SAGAR
DC Bar ID D00497
Earthjustice
1001 G Street, NW, Ste. 1000
Washington, DC 20009
Tel: 202-667-4500
tsagar@earthjustice.org

LAKENDRA BARAJAS,
Formerly *Pro Hac Vice* – Now Admitted
DC Bar ID NY0556
Earthjustice
48 Wall St., 15th Fl.
New York, NY 10005
Tel: 212-284-8025
lbarajas@earthjustice.org