IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, et al.,<br><br>　　　Plaintiffs,<br>v.<br><br>MICHAEL REGAN, Administrator, U.S. Environmental Protection Agency, in his official capacity, et al.,<br><br>　　　Defendants. | Civil Action No. 1:20-cv-762 (LLA) |

**NOTICE**

During oral argument on May 1, 2024, the Court asked counsel for Defendants Michael Regan and the U.S. Environmental Protection Agency (collectively, "EPA") about EPA's compliance with the requirement, under 15 U.S.C. § 2604(d)(2), to publish notice of receipt of a pre-manufacture notice in the Federal Register "not later than five days" after the date of receipt. Counsel mistakenly stated that the requirement first took effect with passage of the Frank R. Lautenberg Chemical Safety for the 21st Century Act. Instead, the Court was correct that the provision was part of the original Toxic Substances Control Act, which was enacted in 1976. Pub. L. No. 94-469, 90 Stat. 2012 (Oct. 11, 1976). As stated, EPA has not generally complied with this requirement.

Dated: May 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

|  |  |
|---|---|
|  | TODD KIM<br>Assistant Attorney General |
| *Of Counsel:*<br>DEVI CHANDRASEKARAN<br>DON SADOWSKY<br>  Office of the General Counsel<br>  U.S. Environmental Protection<br>   Agency<br>  1200 Pennsylvania Ave., N.W.<br>  Washington, D.C. 20460 | *s/ Caitlin McCusker*<br>CAITLIN MCCUSKER<br>  Environmental Defense Section<br>  Environment and Natural Resources Div.<br>  U.S. Department of Justice<br>  P.O. Box 7611<br>  Washington, D.C. 20044<br>  (202) 514-1950<br>  (202) 514-8865 (Fax)<br>  caitlin.mccusker@usdoj.gov<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I certify that on May 3, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

 *s/ Caitlin McCusker*
Caitlin McCusker