IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL REGAN, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:20-cv-762 |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT PROPOSED ORDER**

Defendants the Environmental Protection Agency and Michael Regan, its Administrator (collectively, "EPA") respectfully move for a 30-day extension of the deadline for the parties to file a joint proposed order defining the scope of the administrative record. *See* ECF No. 65, Mem. Op. & Order (Aug. 20, 2024) at 33. The court directed the parties to file a joint proposed order by September 17, 2024. If granted, the new deadline would be October 17, 2024. Good cause supports this motion.

1.	On April 29, 2022, Plaintiffs filed a Motion to Compel Production of the Administrative Record (ECF 45).

2.	On June 14, 2022, EPA responded in opposition to that motion (ECF 47). EPA also filed a motion for judgment on the pleadings (ECF 48).

3.	After the parties completed briefing on these motions, the Court held a hearing on them. *See* May 1, 2024 Minute Entry.

4.	On August 20, 2024, the Court issued a Memorandum Opinion and Order. ECF No. 65, Mem. Op. & Order (Aug. 20, 2024). There, the Court granted Plaintiffs' Motion to Compel

and denied EPA's Motion for Judgment on the Pleadings. *Id.* at 33. The Court directed the parties "to meet and confer and file a joint proposed order on or before September 17, 2024, defining the scope of the administrative record" and directed the parties to address "(1) for each count, the types of documents that the parties believe form the administrative record; and (2) the terms of any protective order the parties seek." *Id.* In so directing the parties, the Court noted that "this case presents some unique challenges." *Id.* at 32.

5. Counsel for the parties began to confer days after entry of the Memorandum Opinion and Order. However, due to previously planned vacations, counsel was not able to promptly confer with clients or agency counsel, which hindered discussions. Moreover, while the parties continue to confer in good faith, it is likely that they will not be able to resolve certain issues without the aid of the court. The additional time will allow the parties to continue to try to narrow and resolve as many issues as possible and allow the parties to prepare parallel statements of position for any unresolved issues.

6. The parties have conferred on these matters and Plaintiffs do not oppose EPA's requested extension.

7. EPA thus respectfully requests that the Court extend the parties' deadline to submit a joint proposed order from September 17, 2024 to October 17, 2024.

A proposed order is attached.

Dated: September 10, 2024

                                      Respectfully submitted,

TODD KIM
Assistant Attorney General

*s/ Caitlin McCusker*
CAITLIN MCCUSKER
Environmental Defense Section
Environment and Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1950
caitlin.mccusker@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

*/s/ Caitlin McCusker*

Caitlin McCusker

## **[PROPOSED] ORDER**

EPA's motion to extend the parties' deadline to file a joint proposed order is hereby extended from September 17, 2024 to October 17, 2024.

IT IS SO ORDERED.

Dated: _____    _____

HON. LOREN L. ALIKHAN
United States District Judge