IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL REGAN, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:20-cv-762 (LLA) |

**JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT PROPOSED ORDER**

The Parties respectfully move for a twelve-day extension of the deadline for the parties to file a joint proposed order defining the scope of the administrative record. *See* ECF No. 65, Mem. Op. & Order (Aug. 20, 2024) at 33. The court directed the parties to file a joint proposed order by September 17, 2024, *id.*, and subsequently extended the deadline to November 21, 2024. *See* ECF No. 66, Mot.; Minute Order (Sep. 10, 2024); ECF No. 67, Joint Mot.; Minute Order (Oct. 16, 2024). Good cause supports this motion.

1. On April 29, 2022, Plaintiffs filed a Motion to Compel Production of the Administrative Record (ECF 45).

2. On June 14, 2022, EPA responded in opposition to that motion (ECF 47). EPA also filed a motion for judgment on the pleadings (ECF 48).

3. After the parties completed briefing on these motions, the Court held a hearing on them. *See* May 1, 2024, Minute Entry.

4. On August 20, 2024, the Court issued a Memorandum Opinion and Order. ECF No. 65, Mem. Op. & Order (Aug. 20, 2024). There, the Court granted Plaintiffs' Motion to Compel and denied EPA's Motion for Judgment on the Pleadings. *Id.* at 33. The Court directed

the parties "to meet and confer and file a joint proposed order on or before September 17, 2024, defining the scope of the administrative record" and directed the parties to address "(1) for each count, the types of documents that the parties believe form the administrative record; and (2) the terms of any protective order the parties seek." *Id.* In so directing the parties, the Court noted that "this case presents some unique challenges." *Id.* at 32.

5. Counsel for the parties began to confer days after entry of the Memorandum Opinion and Order.

6. Subsequently, EPA sought an extension of the deadline to submit the joint proposed order, noting an inability of counsel to promptly confer with clients and agency counsel and the desire to resolve as many issues as possible before seeking the aid of the court. ECF No. 66, Mot. at 2. The Court granted the motion and extended the deadline until October 17, 2024. Minute Order (Sep. 10, 2024).

7. The parties have met several more times since the court's September 10 order to discussing resolving issues and narrowing the scope of potentially unresolved issues. The parties sought an extension of the deadline to submit the joint proposed order, noting that additional time will allow the parties to resolve as many issues as possible and allow the parties to prepare parallel statements of position for any unresolved issues. ECF No. 67, Joint Mot. at 2. The Court granted the motion and extended the deadline until November 21, 2024. Minute Order (Oct. 16, 2024).

8. The parties are close to resolving certain issues and narrowing the scope of unresolved issues but need a short extension to finalize a joint proposed order and parallel statements of position for any unresolved issues. The parties thus respectfully request that the

Court extend the parties' deadline to submit a joint proposed order from November 21, 2024, to December 3, 2024.

    A proposed order is attached.


Dated: November 18, 2024

                                                           Respectfully submitted,


                                               COUNSEL FOR PLAINTIFFS:


                                              _/s/ Lakendra Barajas_
                                              TOSH SAGAR
                                              Earthjustice
                                              1001 G Street, NW, Ste. 1000
                                              Washington, DC 20009
                                              Tel: 202-667-4500
                                              tsagar@earthjustice.org

                                              LAKENDRA BARAJAS
                                              Earthjustice
                                              48 Wall St., 15th Fl.
                                              New York, NY 10005
                                              Tel: 212-284-8025
                                              lbarajas@earthjustice.org


                                              COUNSEL FOR DEFENDANTS

                                              _/s/ Caitlin McCusker_
                                              CAITLIN MCCUSKER
                                              Environmental Defense Section
                                              Environment and Natural Resources Div.
                                              P.O. Box 7611
                                              Washington, D.C. 20044
                                              (202) 514-1950
                                              caitlin.mccusker@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | Civil Action No. 1:20-cv-762 (LLA) ) ) |
| MICHAEL REGAN, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) |

## [PROPOSED] ORDER

The parties' joint motion to extend the deadline to file a joint proposed order is hereby extended from November 21, 2024 to December 3, 2024.

IT IS SO ORDERED.

Dated: _____

HON. LOREN L. ALIKHAN
United States District Judge