**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-00762 (LLA) |
| ) | |
| Lee Zeldin, Administrator, U.S. Environmental ) | |
| Protection Agency, in his official capacity, *et* ) | |
| *al.*, ) | |
| *Defendants*. ) | |

---

## JOINT STATUS REPORT

Pursuant to the Court's October 1, 2025 and November 13, 2025 Minute Orders, the parties "update the court on [1] the status of production of the public files and [2] the parties' current dispute over the scope of the record."

On the first item, EPA has not produced any records to the Plaintiffs.

EPA further represents:  EPA is nearly ready to produce the public files for the pre-manufacture notices ("PMNs") agreed upon in the parties' Joint Statement Regarding the Scope of the Record, ECF No. 69.  Since agreeing to produce certain public files, EPA has been diligently working to ready those public files for production.  EPA has compiled approximately 9,000 documents and reviewed each of those documents to ensure that it is the non-confidential version.[1]  EPA anticipates producing the agreed upon public files by January 23, 2026, a date to which Plaintiffs have agreed.

---

[1] Plaintiffs have no basis to assess EPA's representations, which EPA first communicated to Plaintiffs within the past week.

On the second item, there has been no change in the status of the parties' dispute regarding the scope of the record since the parties submitted their Joint Statement, ECF No. 69, on December 3, 2024.  The parties dispute whether EPA must produce the full, unredacted PMNs and support documents associated with Plaintiffs' claims.  *Id.* at 3.  Plaintiffs take the position that the Court should order the production of PMNs—applications to manufacture new chemicals—and support documents, notwithstanding that they were designated as confidential by the company that submitted them.  *Id.* at 5-8.  EPA takes the position that it should not be ordered to produce material designated by submitters as confidential.  *Id.* at 9.  To the extent the Court orders EPA to produce confidential materials, the parties have proposed a protective order for the Court to adopt, ECF No. 69-1, but dispute the timeframe for production of such confidential materials, *see* ECF No. 69 at 8 (Plaintiffs' requesting production within 45 days of the Court's ruling), 12 (EPA's requesting production within 90 days of the Court's ruling to complete the required notice process).

Since filing the Joint Statement, neither party has engaged the other in further discussions to resolve the dispute over the scope of the record.  The parties respectfully request that the Court resolve the disputed issue of whether EPA must produce confidential materials.  If the Court determines that EPA must produce them, the parties respectfully request that the Court adopt their proposed protective order and provide a date by which EPA must produce the confidential materials.  Within 30 days after production, the parties propose to file a motion to govern.  If the Court determines that EPA does not have to produce the confidential files, the parties propose to file a motion to govern 30 days after EPA produces the documents that constitute the record for judicial review.

The parties each provide a proposed order for the Court's convenience.

Date: December 9, 2025                    Respectfully submitted,


COUNSEL FOR PLAINTIFFS:


      /s/ Tosh Sagar

TOSH SAGAR
Earthjustice
1001 G Street, NW, Ste. 1000
Washington, DC 20009
Tel: 202-667-4500
tsagar@earthjustice.org


LAKENDRA BARAJAS
Earthjustice
48 Wall St., 15th Fl.
New York, NY 10005
Tel: 212-284-8025
lbarajas@earthjustice.org




COUNSEL FOR DEFENDANT:

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General


      */s/ Jin Hyung Lee*

Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7264
Jin.hyung.lee@usdoj.gov