IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Lee Zeldin, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-00762 (LLA) |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Statement Regarding the Scope of the Record, ECF No. 69, and December 9, 2025 Joint Status Report, ECF No. 74, it is hereby ORDERED that:

(1) Plaintiffs' request for production of the disputed confidential materials is denied;

(2) The record for judicial review includes:

    a. Publicly available Federal Register notices identified in Counts 1 and 3 of Plaintiffs' First Amended Complaint, ECF No. 16; and

    b. The public files for the pre-manufacture notices ("PMNs") listed in Tables 5-8 of Plaintiffs' First Amended Complaint and three additional PMNs (P-16-0532, P-18-0077, P-18-0107) identified in Table 2 of Plaintiffs First Amended Complaint;

(3) Defendants will produce the PMN public files that are within the scope of the record for judicial review (identified in Paragraph 2) with bates-stamping by January 23, 2026; and

(4) The parties shall file motions to govern by February 23, 2026, or within 30 days of this Order, whichever is later.

**SO ORDERED.**

                                                                                     _____
LOREN L. ALIKHAN
United States District Judge