**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> LEE ZELDIN, Administrator, U.S. ) <br> Environmental Protection Agency, in his ) <br> official capacity, *et al.*, ) <br> *Defendants*. ) <br> ) | Civil Action No. 1:20-cv-762 (LLA) |

# [PROPOSED] ORDER TO PRODUCE THE ADMINISTRATIVE RECORD AND ADOPTING PROTECTIVE ORDER

Upon consideration of Joint Status Report and the parties' Joint Statement Regarding the Scope of the Record, the Court orders the following:

(1) The parties' Proposed Protective Order Governing Protected Information, Dkt. No. 69-1, is adopted and will govern protected information in this case;

(2) The record for judicial review includes:

    a. Publicly available Federal Register notices identified in Counts 1 and 3 of Plaintiffs' First Amended Complaint, Dkt. No. 16;

    b. The public files for the pre-manufacture notices ("PMNs") listed in Tables 5-8 of Plaintiffs' First Amended Complaint and three additional PMNs (P-16-0532, P-18-0077, P-18-0107) identified in Table 2 of Plaintiffs First Amended Complaint; and

    c. The full, unredacted PMNs listed in Tables 5 and 6 of Plaintiffs' First Amended Complaint; and

(3) Defendants will produce the PMN public files that are within the scope of the record for judicial review (identified in Paragraphs 2(a) and 2(b)), with Bates-stamping, by January 23, 2026, and will produce the unredacted PMNs that are within the scope of

the record for judicial review (identified in Paragraph 2(c)), with Bates-stamping, within 45 days of this order.

IT IS SO ORDERED.

Dated: _____
HON. LOREN L. ALIKHAN
United States District Judge