**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:20-cv-762 (LLA) |
| LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Govern Proceedings in light of New

Related Lawsuit and Plaintiffs' Response thereto, it is hereby ORDERED that:

Defendants' Motion is DENIED.

**SO ORDERED.**

_____
HON. LOREN L. ALIKHAN
United States District Judge