**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> Lee Zeldin, Administrator, U.S. Environmental ) <br> Protection Agency, in his official capacity, *et* ) <br> *al.*, ) <br> *Defendants*. ) <br> ) | Civil Action No. 1:20-cv-00762 (LLA) |

**Declaration of Kevin M. DeBell**

1. I, Kevin M. DeBell, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief and that they are based upon my personal knowledge, information contained in the records of the United States Environmental Protection Agency (EPA), and/or information supplied to me by EPA employees under my supervision and in other EPA offices.

2. I am the Director of the Chemical Information, Prioritization, and TRI Division (CIPTD) within EPA's Office of Pollution Prevention and Toxics. Among other responsibilities, CIPTD is responsible for providing 30 days' notice to a company before EPA discloses information claimed by the company as confidential business information (CBI), as required by the Toxic Substances Control Act (TSCA). 15 U.S.C. § 2613(g)(2).

3. TSCA requires EPA to furnish notice by certified mail (return receipt requested), by personal delivery, or by other means that allows verification of the fact and date of receipt. *Id.* § 2613(g)(2)(A). TSCA also prohibits EPA from disclosing information claimed as CBI until 30

days after the date on which the company that asserted the claim receives notification. *Id.* §

2613(g)(2)(B).

4.      The Court's December 24, 2025 Order (ECF No. 75) ordered EPA to produce the

full, unredacted pre-manufacture notices (PMNs) listed in Tables 5 and 6 of Plaintiffs' First

Amended Complaint (ECF No. 16) on or before March 23, 2026. EPA interpreted the Order to

include support documents for these PMNs (*i.e.*, communications, suspension letters/requests,

withdrawal letters, test data, and amendments submitted separately from a PMN via the Central

Data Exchange (CDX), EPA's centralized electronic document receiving system). *See* Joint

Statement Regarding the Scope of the Record (ECF No. 69) at 1, 3; Joint Status Report (ECF No.

73) at 2.

5.      Following the December 24, 2025 Order, EPA employees in CIPTD and other

EPA offices worked diligently to send out notices to provide sufficient time to verify receipt of

the required notice on or before February 21, 2026 (which is 30 days prior to the March 23, 2026

production date), to the companies that submitted the 84 PMNs listed in Tables 5 and 6 of

Plaintiffs' First Amended Complaint and support documents for these PMNs. The PMNs and

support documents include information claimed as CBI by the companies at the time of

submission.

6.      On January 23, 2026, EPA sent notices via CDX to the companies that submitted

the 84 PMNs. CDX showed that the companies that submitted 23 of the 84 PMNs had received

notice on or before February 2, 2026.

7.     On February 5 and 11, 2026, EPA mailed notices by certified mail (return receipt requested) to the companies that submitted the remaining 61 PMNs and support documents.[1] Tracking information showed that notices were delivered to the companies that submitted 44 of the 84 PMNs and support documents on or before February 17, 2026.

8.     Between February 25 and March 6, 2026, EPA contacted, by phone and email, the companies that submitted the remaining 17 PMNs and support documents. For each of these companies, EPA first attempted to contact the person listed as the company contact on the PMN or support document. If that person was not reachable, EPA next attempted to contact the person listed as the company contact on a more recent submission by the company. Upon making contact, EPA requested that the company confirm, in writing, whether it had received notice. EPA confirmed that each of these companies had received notice via CDX or by mail on or before February 27, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Date: March 17, 2026

_____
Kevin M. DeBell, Ph.D.
Director
Chemical Information, Prioritization, and TRI Division
Office of Pollution Prevention and Toxics
U.S. Environmental Protection Agency

---

[1] Because of current system limitations, EPA was not able to send notices via CDX to companies that submitted only support documents for PMNs, and not the PMNs themselves (*i.e.*, third parties). *See* Joint Statement Regarding the Scope of the Record (ECF No. 69) at 11.