| | |
|---|---|
| **From:** | Tosh Sagar |
| **To:** | Lee, Jin Hyung (ENRD) |
| **Subject:** | [EXTERNAL] Re: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs |
| **Date:** | Wednesday, February 25, 2026 1:18:37 PM |

Confirming that we do not need the unredacted versions of those 3 PMNs produced.

Thank you.

Sent from a phone

**From:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>
**Sent:** Monday, February 23, 2026 8:51:07 AM
**To:** Tosh Sagar <tsagar@earthjustice.org>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

**External Sender**

Good morning, Tosh – Apologies for emailing you on another snow day where you may well be OOO. But the snow reminded me to follow-up on this.  Could you please let me know whether your clients intended for the 3 PMNs to be included in the March production?  And if so, could you please move the court (unopposed) to amend the order?  A court's order will allow EPA to comply with its 14(g)(2) notice obligations and go through the process for producing those 3 PMNs.  Thanks – Jin

**From:** Lee, Jin Hyung (ENRD)
**Sent:** Thursday, January 29, 2026 10:22 AM
**To:** 'Tosh Sagar' <tsagar@earthjustice.org>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Thanks for letting me know, Tosh.  EPA is working on the other 84 PMNs so we can figure out the remaining 3 once you're back.  Hope you're staying warm and enjoying the snow/ice with your kids. Cheers – Jin

**From:** Tosh Sagar <tsagar@earthjustice.org>
**Sent:** Wednesday, January 28, 2026 12:52 PM
**To:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** [EXTERNAL] Re: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Thanks and apologies. I'm ooo due to the snow. We will try to resolve and get back to you asap, but it might be s but delayed until my kids schools reopen.

Sent from a phone

**From:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>
**Sent:** Wednesday, January 28, 2026 12:47:15 PM
**To:** Tosh Sagar <tsagar@earthjustice.org>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

**External Sender**

Hi Tosh – I wanted to follow-up on the count discrepancy for the CBI files and whether Plaintiffs had intended for the 3 PMNs in Count 2 that are not covered by Counts 5 and 6 to be included.  If that is the case, then EPA requests that Plaintiffs move (unopposed) to correct the court's order because of EPA's disclosure obligations under Section 14(d)(9), (g)(2) of TSCA.  Thanks – Jin

**From:** Lee, Jin Hyung (ENRD)
**Sent:** Thursday, January 22, 2026 1:25 PM
**To:** 'Tosh Sagar' <tsagar@earthjustice.org>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Hi Tosh – Thanks for checking in and the call.

On the single password-protected document for PMN Case No. P-16-0349, I got the date from EPA:  the received date is May 1, 2017.

On the count discrepancy:  The discrepancy is from the 3 PMNs identified in Count 2.  I'm reading page 5 of the Dec. 2024 Joint Status Report and it appears that if the Court rules in Plaintiffs' favor as to the scope of the record for Count 5, those 3 PMNs identified in Count 2 is covered.  And Plaintiffs' proposed order, which the Court adopted, requests that EPA produce the full, unredacted PMNs listed in Tables 5 and 6.

Did you mean to include the full, unredacted PMNs listed in Tables 5 and 6 and those 3 additional PMNs identified in Count 2?  Our reading of the Court's order excludes those 3 additional PMNs identified in Count 2.  However, if you meant to include them, I think EPA would be amenable to producing those 3 additional PMNs identified in Count 2 if Plaintiffs could request a corrected order from the court.

Thanks,
Jin

**From:** Tosh Sagar <tsagar@earthjustice.org>
**Sent:** Thursday, January 22, 2026 10:34 AM
**To:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>; Lakendra Barajas <lbarajas@earthjustice.org>

**Subject:** [EXTERNAL] RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Hi Jin – checking in this morning to respond. There are a couple of things it might make sense to discuss briefly this morning. I can be reached at 607-222-7592 until 12 pm.

1. On your first question on the count discrepancy.
    a. First, I'd note that the 89 in the 2024 Status Report encompasses PMNs in Count 2 as well as Counts 5 and 6. My recollection is that there were essentially 3 additional PMNs identified in Count 2 that weren't covered by Counts 5/6 that EPA agreed to turn over (P-16-0532, P-18-0077, P-18-0107). See page 3 of Dec 2024 Joint Status Report. Obviously, that would still only get one to 87 total PMNs after your count.
    b. Second, it's hard to know where the discrepancy is coming from without seeing the list you have put together to see whether the error is on our end originally or something in the way EPA is tabulating it.
    c. Can we discuss?
2. On the second question of the single document that contains CBI, can we briefly discuss? I think we are amenable to your proposal but just want to make sure I have the details right.
3. In terms of production of the bates-stamped public documents, we are good with using Box. I think your plan to ultimately rely on a JA likely makes sense, but we think it also makes sense to have the Court have access to the Box link and the full set of files.

**From:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>
**Sent:** Wednesday, January 21, 2026 2:20 PM
**To:** Tosh Sagar <tsagar@earthjustice.org>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

**External Sender**

Hi Tosh - Apologies for the multiple emails, but I just wanted to make a correction to the email below and confirm production.

EPA just has one redacted version of a document that remains password protected. EPA confirmed that the 2nd document does not contain CBI and will produce it on Friday. So the only question is whether Plaintiffs are okay with EPA sending Plaintiffs the unredacted version of that one document in March.

As for production, our plan is to file a notice of the certified index with bate-stamps and then produce to you the documents. There's a lot and it will be difficult to upload on CM/ECF. We would like to produce to you via Box. We can refer to the bate-stamps in summary-judgment briefing and then file a joint appendix that provides the court with the relevant documents from our production.

Could you please let me know if Plaintiffs are amenable on both points? Our declarant needs to sign tomorrow, so if you could at least provide an answer on the first point by 12 p.m. ET tomorrow, that would be much appreciated.

Thanks,

Jin

---

**From:** Lee, Jin Hyung (ENRD)
**Sent:** Tuesday, January 20, 2026 9:47 PM
**To:** Tosh Sagar <tsagar@earthjustice.org>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Hi Tosh –

One more question and hopefully, this is quicker to answer:

EPA has redacted versions of 2 documents that are part of the public files for Friday's production. Both documents are requests to suspend the PMN review period, and the CBI version will be produced under the protective order in March. However, the redacted version of 1 document is password protected, which EPA cannot open. EPA asked the company to share an unprotected version in October, but it has not yet received a new file. As for the redacted version of the 2nd document, that document potentially contains CBI; the company unredacted information that it redacted in other parts.

Given these issues and the fact that EPA will be producing the fully unredacted versions to you in March, would Plaintiffs be amenable to EPA excluding these two documents from the public-file production on Friday? If Plaintiffs would like to see both the redacted and unredacted versions of these documents, EPA can produce the redacted version when it produces the CBI version in March.

Happy to discuss if you have any questions.

Thanks,
Jin

---

**From:** Lee, Jin Hyung (ENRD)
**Sent:** Monday, January 19, 2026 9:17 PM
**To:** 'Tosh Sagar' <tsagar@earthjustice.org>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Hi Tosh – EPA would like to send the 30-day notices out to the companies by end of this week. Could I get Plaintiffs' response by end of day Thursday, January 22? Thanks – Jin

---

**From:** Tosh Sagar <tsagar@earthjustice.org>
**Sent:** Friday, January 16, 2026 11:43 AM
**To:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** [EXTERNAL] Re: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

By when do you need a response?

Sent from a phone

**From:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>
**Sent:** Thursday, January 15, 2026 6:32:12 PM
**To:** Tosh Sagar <tsagar@earthjustice.org>; Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

**External Sender**

Hi Tosh, Lakendra –

I had a quick clarification question regarding the Court's order on production of the unredacted PMNs listed in Tables 5 and 6 of Plaintiffs' First Amended Complaint.  In the December 3, 2024 joint report, you noted that Tables 5 and 6 represent 89 PMNs.  By EPA's count (after parsing the consolidated ones and removing duplicates), it's 84 PMNs.  Do you have a sense of where the discrepancy would be?

Thanks,
Jin

**Jin Hyung Lee**
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 598-7264
jin.hyung.lee@usdoj.gov