| | |
|---|---|
| **From:** | Lee, Jin Hyung (ENRD) |
| **To:** | "Tosh Sagar" |
| **Cc:** | Lakendra Barajas |
| **Subject:** | RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs |
| **Date:** | Thursday, March 12, 2026 4:11:59 PM |

Thanks, Tosh. Yes, that works for us. We'll note Plaintiffs' no position in our motion. Thanks – Jin

**From:** Tosh Sagar <tsagar@earthjustice.org>
**Sent:** Thursday, March 12, 2026 3:29 PM
**To:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>
**Cc:** Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** [EXTERNAL] RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Hi Jin – our preference would be for a single production of all the materials at once.

Assuming that still works for you, you can represent that our clients take no position on the motion to extend the production deadline by 7 days.

**From:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>
**Sent:** Monday, March 9, 2026 3:38 PM
**To:** Tosh Sagar <tsagar@earthjustice.org>
**Cc:** Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

**External Sender**

Thanks, Tosh. I would think that if we split up the production, we would just order sequentially by P-number the PMNs in the first batch and batestamp and then do the same for the second batch. So taking the two batches together, if the bates numbers are in sequential order, then the P-number would not also be in sequential order. I think that answers your question? If not, I can probably talk through it better than write it out. 202.598.7264. I'm around till 5 p.m. ET. Thanks – Jin

**From:** Tosh Sagar <tsagar@earthjustice.org>
**Sent:** Monday, March 9, 2026 3:34 PM
**To:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>
**Cc:** Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** [EXTERNAL] RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Thanks. Can I ask a quick question as to how production would work if it were done in two batches?

For the initial production, my recollection is that the PMNs were ordered sequentially by P-number and then Batestamped. But I imagine that in the two batches you are envisioning, the second batch will not all be sequentially behind the first batch. If so, the ultimate batestamping of the confidential

record would not be in sequential order matching the P-numbers. Is that right?

Thanks!

**From:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>
**Sent:** Monday, March 9, 2026 9:06 AM
**To:** Tosh Sagar <tsagar@earthjustice.org>
**Cc:** Lakendra Barajas <lbarajas@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

**External Sender**

Hi Tosh, Lakendra –

I reach out to ask for Plaintiffs' position on a 7-day extension to produce the unredacted PMNs.  As you may recognize from my email correspondences, EPA has been working diligently to send notices out to the companies claiming CBI and to obtain receipt 30 days before production (by Feb. 21).  15 U.S.C. 2613(g)(2)(B).  For most of the PMNs, EPA received timely notice that the companies got the disclosure notice.  For 17 of the unredacted PMNs, EPA confirmed that the companies received the disclosure notice sometime between Feb. 22 and 26.  Thirty days after Feb. 26 is March 30.  Accordingly, EPA plans to move the court for a short 7-day extension to produce the unredacted PMNs.

Could you please let me know Plaintiffs' position on that request by COB Thursday, March 12?  We plan to file March 13 at the latest to give the court time to rule on the motion.

We'd like to file unopposed.  If Plaintiffs prefer, we could try to produce in two batches, with the 17 PMNs being produced 7 days later.  I'll need to work with my production team to make sure that separating out the 17 PMNs is quickly doable.  But that could be another option.

Thanks for your consideration,
Jin

**From:** Lee, Jin Hyung (ENRD)
**Sent:** Wednesday, February 25, 2026 1:21 PM
**To:** 'Tosh Sagar' <tsagar@earthjustice.org>
**Subject:** RE: TSCA PMNs, No. 1:20-cv-672 (DDC) - unredacted PMNs

Noted.  Thanks so much for the confirmation, Tosh.

**From:** Tosh Sagar <tsagar@earthjustice.org>
**Sent:** Wednesday, February 25, 2026 1:18 PM
**To:** Lee, Jin Hyung (ENRD) <Jin.Hyung.Lee@usdoj.gov>