**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:20-cv-762 (LLA) |
| LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE**

Plaintiffs submit this notice to inform the Court that Defendants have not produced "the unredacted PMNs within the scope of the record for judicial review, with Bates-stamping, on or before March 23, 2026" as required by this Court's December 24, 2025, Order. ECF No. 75. Furthermore, Plaintiffs sought Defendants' position on how they intended to proceed with production if the Court did not take action on Defendants' pending Motion to Govern Proceedings, ECF No. 77, and Counsel for Defendants informed Plaintiffs on March 23, 2026, that "for the reasons provided in last week's filings, we believe the court needs to rule on the pending motion before we can proceed."

Dated: March 25, 2026

Respectfully submitted,
*/s/ Tosh Sagar*
TOSH SAGAR
Earthjustice
1250 I Street NW, 4th Floor
Washington, DC 20005
Tel: (202) 793-2075
tsagar@earthjustice.org

LAKENDRA S. BARAJAS
Earthjustice
48 Wall St., 15th Fl.
New York, NY 10005
Tel: 212-284-8025
lbarajas@earthjustice.org

*Counsel for Plaintiffs*