**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>LEE ZELDIN, Administrator, U.S. )<br>Environmental Protection Agency, in his )<br>official capacity, *et al.*, )<br>*Defendants*. ) | Civil Action No. 1:20-cv-00762 (LLA) |

**<u>NOTICE</u>**

Following up on their March 27, 2026 notice (ECF No. 81), Defendants ("EPA") report that the company claiming CBI as to PMNs P-16-0575 and P-16-0581 received the Agency's disclosure notices on March 30, 2026.  Accordingly, if the Court were to deny EPA's stay request but grant the Agency's alternative request to extend EPA's production deadline until 30 days after the last company receives notice, *see* ECF No. 79, EPA informs the Court that the new production deadline under that alternative request would be April 30, 2026.  The Agency is not currently aware of any other notice-delivery issues as to the other PMNs at issue in this case. DeBell Decl. ¶ 13 (ECF No. 81-1).

Date: April 8, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

_____*/s/ Jin Hyung Lee*_____
Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division

Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7264
Jin.hyung.lee@usdoj.gov

2