**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>Lee Zeldin, Administrator, U.S. Environmental )<br>Protection Agency, in his official capacity, *et* )<br>*al.*, )<br><br>*Defendants*. ) | Civil Action No. 1:20-cv-00762 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 16, 2026 Minute Order, the parties update the Court regarding the meet and confer they recently held with plaintiff Arkema in *Arkema v. EPA*, No. 26-cv-886 (D.D.C.), and propose next steps in this litigation in light of *Arkema*.

On April 17, the parties met and conferred with Arkema to discuss a possible path forward that could resolve *Arkema* and allow for this case, including production of the unredacted PMNs, to proceed. Plaintiffs, EPA, and Arkema continue to have discussions regarding a possible path forward. Given those continued discussions, the parties propose the following next steps: (a) the parties file another joint status report by June 5, 2026 to inform this Court of their progress toward addressing the competing issues in *Arkema* and this case, and (b) EPA's deadline to produce the unredacted PMNs is extended to June 22, 2026.[1]

---

[1] Plaintiffs maintain that EPA must produce the full set of 84 PMNs in unredacted form pursuant to the Court's August 20, 2024 and December 24, 2025 orders notwithstanding the filing of the *Arkema* lawsuit. Nonetheless, Plaintiffs are agreeing to extend the production deadline because a negotiated resolution would avoid burdening the Court and the parties with litigation that may be unnecessary.

Additionally, EPA reports that it is not aware of the company claiming CBI as to PMNs P-16-0575 and P-16-0581 having filed suit to prevent the disclosure of its CBI.  *See* ECF No. 82. Accordingly, once *Arkema* is resolved, EPA anticipates that no other CBI claimants will timely file suit seeking to prevent EPA's disclosure of the unredacted PMNs in this case.

Date: May 7, 2026                                Respectfully submitted,

COUNSEL FOR PLAINTIFFS:

                              ___/s/ Tosh Sagar_____
                              TOSH SAGAR
                              Earthjustice
                              1001 G Street, NW, Ste. 1000
                              Washington, DC 20009
                              Tel: 202-667-4500
                              tsagar@earthjustice.org


                              LAKENDRA BARAJAS
                              Earthjustice
                              48 Wall St., 15th Fl.
                              New York, NY 10005
                              Tel: 212-284-8025
                              lbarajas@earthjustice.org


COUNSEL FOR DEFENDANT:

                              Adam R.F. Gustafson
                              Principal Deputy Assistant Attorney General


                              ____/s/ Jin Hyung Lee_____
                              Jin Hyung Lee
                              U.S. Department of Justice
                              Environment & Natural Resources Division
                              Environmental Defense Section

2

P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7264
Jin.hyung.lee@usdoj.gov