**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-00762 (LLA) |
| Lee Zeldin, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 5, 2026 Minute Order, the parties hereby update the Court regarding their discussions with plaintiff Arkema in *Arkema v. EPA*, No. 26-cv-886 (D.D.C.), and propose next steps in this litigation in light of *Arkema*.

The parties are continuing discussions with Arkema on a possible path forward that would allow for this case, including production of the unredacted PMNs, to proceed.  Given those continued discussions, the parties propose that the Court: (a) order the parties to file another joint status report by August 21, 2026, to inform this Court of their progress toward addressing the competing issues in *Arkema* and this case, and (b) extend EPA's deadline to produce the unredacted PMNs to September 4, 2026.[1]

---

[1] Plaintiffs maintain that EPA must produce the full set of 84 PMNs in unredacted form pursuant to the Court's August 20, 2024 and December 24, 2025 orders notwithstanding the filing of the *Arkema* lawsuit.  Nonetheless, Plaintiffs are agreeing to extend the production deadline because a negotiated resolution would avoid burdening the Court and the parties with litigation that may be unnecessary.

Date: July 10, 2026                     Respectfully submitted,

COUNSEL FOR PLAINTIFFS:

        /s/ Tosh Sagar_____
TOSH SAGAR
Earthjustice
1001 G Street, NW, Ste. 1000
Washington, DC 20009
Tel: 202-667-4500
tsagar@earthjustice.org


LAKENDRA BARAJAS
Earthjustice
48 Wall St., 15th Fl.
New York, NY 10005
Tel: 212-284-8025
lbarajas@earthjustice.org


COUNSEL FOR DEFENDANT:

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General


        */s/ Jin Hyung Lee*_____
Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7264
Jin.hyung.lee@usdoj.gov