**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Lee Zeldin, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-00762 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 24, 2026, Minute Order, the parties hereby update the Court regarding their discussions with plaintiff Arkema in *Arkema v. EPA*, No. 26-cv-886 (D.D.C.), and propose next steps in this litigation in light of *Arkema*.

The parties are continuing discussions with Arkema on a possible path forward that would allow for this case, including production of the unredacted PMNs, to proceed. The parties have made significant progress and believe that they will be able to submit a finalized proposal to the Court shortly. Accordingly, the parties propose that the Court: (a) order the parties to file another joint status report by October 16, 2026, to inform this Court of their progress toward addressing the competing issues in *Arkema* and this case, and (b) extend EPA's deadline to produce the unredacted PMNs to October 30, 2026.[1]

[1] Plaintiffs maintain that EPA must produce the full set of 84 PMNs in unredacted form pursuant to the Court's August 20, 2024, and December 24, 2025, orders notwithstanding the filing of the *Arkema* lawsuit. Nonetheless, Plaintiffs are agreeing to extend the production deadline because a negotiated resolution would avoid burdening the Court and the parties with litigation that may be unnecessary.

Date: October 2, 2026

Respectfully submitted,

COUNSEL FOR PLAINTIFFS:

___/s/ Tosh Sagar________
TOSH SAGAR
Earthjustice
1001 G Street, NW, Ste. 1000
Washington, DC 20009
Tel: 202-667-4500
tsagar@earthjustice.org

LAKENDRA BARAJAS
Earthjustice
48 Wall St., 15th Fl.
New York, NY 10005
Tel: 212-284-8025
lbarajas@earthjustice.org

COUNSEL FOR DEFENDANT:

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

_____*/s/ Jin Hyung Lee*__________
Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7264
Jin.hyung.lee@usdoj.gov