**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br>*Plaintiffs*,<br>v.<br>Lee Zeldin, Administrator, U.S. Environmental Protection Agency, in his official capacity, *et al.*,<br>*Defendants*. | Civil Action No. 1:20-cv-00762 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's October 26, 2026 Minute Order, the parties hereby update the Court regarding their discussions with plaintiff Arkema in *Arkema v. EPA*, No. 26-cv-886 (D.D.C.), and propose next steps in this litigation in light of *Arkema*.

Plaintiffs have agreed upon a proposed resolution with Arkema that would allow for this case, including production of the unredacted PMNs, to proceed. Plaintiffs and Arkema plan to file a proposed Joint Case Management Statement in both cases today, November 13, 2023, or soon after. The Joint Case Management Statement will include a proposed order that, if granted by the Court, would modify the December 24, 2025, production order in a manner that preserves Arkema's alleged interest.

Under the Joint Case Management Statement and accompanying proposed orders, EPA would produce the unredacted PMNs within seven days of the Court's order adopting the Joint Case Management Statement. Following EPA's production of the unredacted PMNs, Plaintiffs intend to review the unredacted PMNs for completeness and accuracy and to assess which claims to voluntarily dismiss. *See* ECF No. 69 n. 2 (explaining that Plaintiffs intend to review the

unredacted documents and dismiss individual claims where the record "does not establish that EPA unlawfully withheld submitter correspondence or PMN amendments"). Given the voluminous nature of the record, Plaintiffs expect this review to take several weeks. The parties would then file a joint case management statement by January 15, 2027, to lay out a schedule for dispositive briefing.

EPA's current deadline for producing the unredacted PMNs is November 20, 2026, meaning that EPA would produce the unredacted PMNs by the existing deadline if Plaintiffs file the Joint Case Management Statement and the Court were to enter the accompanying order adopting the Joint Case Management Statement today.

The parties respectfully propose that the Court order EPA to produce the unredacted PMNs within seven calendar days after the Court rules on the proposed Joint Case Management Statement, unless the new production deadline would fall between December 14, 2026, and January 1, 2027. If EPA's production deadline would fall between those dates, then the parties propose that the Court order EPA to produce the unredacted PMNs by January 8, 2027. Should EPA's production deadline of the unredacted PMNs fall after November 30, 2026, the parties expect that they would need to seek an extension of the deadline to file a joint case management statement due to the preplanned leave of key staff.

Date: November 13, 2026 Respectfully submitted,

COUNSEL FOR PLAINTIFFS:

___/s/ Tosh Sagar________
TOSH SAGAR
Earthjustice
1001 G Street, NW, Ste. 1000
Washington, DC 20009
Tel: 202-667-4500

tsagar@earthjustice.org

LAKENDRA BARAJAS
Earthjustice
48 Wall St., 15th Fl.
New York, NY 10005
Tel: 212-284-8025
lbarajas@earthjustice.org

COUNSEL FOR DEFENDANT:

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

*/s/ Jin Hyung Lee*
Jin Hyung Lee
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7264
Jin.hyung.lee@usdoj.gov